UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN and
JEROME O'CONNELL on behalf of
themselves and all others similarly
situated in New Mexico,

Plaintiffs,

No.  CIV 07-218 MCA/WDS

AU OPTRONICS CORP., *et al.*,

Defendants.

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LR-CV 83.3 of this Court, counsel moves for admission *pro hac vice* of David Boies, Timothy Battin, Ian Otto and Nathan Cihlar to serve as counsel for Plaintiffs in this case.  In support of this motion counsel states:

1.      David Boies is a partner in the law firm of Straus & Boies, LLP in its Fairfax, Virginia office.  Mr. Boies has been licensed to practice law in the State of Virginia since September 30, 1991.  Mr. Boies is a member in good standing of the Virginia Bar and is admitted to practice before the U.S. District Court for the Eastern District of Virginia and the U.S. Court of Appeals for the Fourth and Tenth Circuits.  He remains in good standing in all such courts and has never been suspended or disbarred from any court. Mr. Boies' address, telephone number, fax number and e-mail are:

David Boies, Esq.
Straus & Boies, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
Telephone: (703) 764-8700
Fax: (703) 764-8704
Email:  dboies@straus-boies.com

2.      Timothy Battin is a partner in the law firm of Straus & Boies, LLP in its Fairfax, Virginia office.  Mr. Battin has been licensed to practice law in the State of Virginia since October 1, 1992.  Mr. Battin is a member in good standing of the Virginia Bar, the District of Columbia Bar, and is admitted to practice before the U.S. District Court for the Eastern District of Virginia, the U.S. Court of Appeals for the Fourth Circuit, the U.S. District Court for the District of Columbia and the U.S. Bankruptcy Court for the Eastern District of Virginia.  He remains in good standing in all such courts and has never been suspended or disbarred from any court.  Mr. Battin's address, telephone number, fax number and e-mail are:

Timothy Battin, Esq.
Straus & Boies, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
Telephone: (703) 764-8700
Fax: (703) 764-8704
Email: tbattin@straus-boies.com

3.      Ian Otto is an associate in the law firm of Straus & Boies, LLP in its Fairfax, Virginia office.  Mr. Otto has been licensed to practice law in the State of Maryland since December 15, 1999.  Mr. Otto is a member in good standing of the Maryland Bar and is admitted to practice before the U.S. District Court for the District of Maryland.  He remains in good standing in all such courts and has never been suspended or disbarred from any court.  Mr. Otto's address, telephone number, fax number and e-mail are:

Ian Otto, Esq.
Straus & Boies, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
Telephone: (703) 764-8700

Fax: (703) 764-8704
Email: iotto@straus-boies.com

4.     Nathan Cihlar is an associate in the law firm of Straus & Boies, LLP in its

Fairfax, Virginia office.  Mr. Cihlar has been licensed to practice law in the State of

Virginia since October 15, 2004.  Mr. Cihlar is a member in good standing of the

Virginia Bar and is admitted to practice before the U.S. District Court for the Eastern

District of Virginia and the U.S. Bankruptcy Court for the Eastern District of Virginia.

He remains in good standing in all such courts and has never been suspended or disbarred

from any court.  Mr. Cihlar's address, telephone number, fax number and e-mail are:

Nathan Cihlar, Esq.
Straus & Boies, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
Telephone:  (703) 764-8700
Fax:  (703) 764-8704
Email: ncihlar@straus-boies.com

5.     This case was filed on March 6, 2007.  Defendants have not yet been

served and therefore, no counsel of record for Defendants have yet entered an

appearance.  A proposed Order permitting the appearance *pro hac vice* of Messrs. Boies,

Battin, Otto and Cihlar is submitted concurrently with this motion.

Respectfully submitted,

FREEDMAN BOYD DANIELS HOLLANDER
GOLDBERG & IVES P.A.

By: /s/
        David A. Freedman
20 First Plaza, Suite 700
Albuquerque, NM 87102
Telephone:  505-842-9960
Fax:  505-842-0761
Email: daf@fbdlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN and
JEROME O'CONNELL on behalf of
themselves and all others similarly
situated in New Mexico,

Plaintiffs,

No. CIV 07-218 MCA/WDS

AU OPTRONICS CORP., *et al.*,

Defendants.

[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION PRO HAC VICE

THIS MATTER came before the Court on the Motion for Admission Pro Hac Vice submitted

on behalf of Straus & Boies, LLP (David Boies, Timothy Battin, Ian Otto and Nathan Cihlar) by

David A. Freedman of Freedman Boyd Daniels Hollander Goldberg & Ives P.A., local counsel for

Plaintiffs. The Court has reviewed the motion and FINDS the motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Admission *Pro Hac Vice* be, and hereby

is, GRANTED.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge
Pete V. Domenici United States Courthouse
333 Lomas Boulevard, N.W., Suite 730, Albuquerque, NM 87102
505-348-2360 (FAX 348-2364)

Submitted by:

FREEDMAN BOYD DANIELS HOLLANDER
    GOLDBERG & IVES, P.A.

/s/_____
DAVID A. FREEDMAN
Plaintiffs' Counsel