UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN and
JEROME O'CONNELL on behalf of
themselves and all others similarly
situated in New Mexico,

        Plaintiffs,

                                                No.  CIV 07-218 MCA/WDS

AU OPTRONICS CORP., *et al.*,

        Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LR-CV 83.3 of this Court, counsel moves for admission *pro hac vice* of Kevin J. O'Connor, David J. Gilles and Anthony J. Gaughan to serve as counsel for Plaintiffs in this case.  In support of this motion counsel states:

1.  Kevin J. O'Connor is a partner in the law firm of Godfrey & Kahn, S.C. in its Madison, Wisconsin office.  Mr. O'Connor has been licensed to practice law in the State of Wisconsin since 1976.  Mr. O'Connor is a member in good standing of the Wisconsin Bar and is admitted to practice before the Western District of Wisconsin and the United States Supreme Court.  He remains in good standing in all such courts and has never been suspended or disbarred from any court. Mr. O'Connor's address, telephone number, fax number and email are:

    Kevin J. O'Connor
    Godfrey & Kahn, S.C.
    One East Main Street
    PO Box 2719
    Madison, WI 53701-2719
    Phone: (608) 284-2600
    Fax: (608) 257-0609
    koconnor@gklaw.com

2. David J. Gilles is a partner in the law firm of Godfrey & Kahn, S.C. in its Madison, Wisconsin office. Mr. Gilles has been licensed to practice law in the State of Wisconsin since 1974. Mr. Gilles is a member in good standing of the Wisconsin Bar and is admitted to practice before the Western Federal District Court of Wisconsin and the United States Supreme Court. He remains in good standing in all such courts and has never been suspended or disbarred from any court. Mr. Gilles' address, telephone number, fax number and email are:

    David J. Gilles
    Godfrey & Kahn, S.C.
    One East Main Street
    PO Box 2719
    Madison, WI 53701-2719
    Phone: (608) 284-2219
    Fax: (608) 257-0609
    djgilles@gklaw.com

3. Anthony J. Gaughan is an associate in the law firm of Godfrey & Kahn, S.C. in its Madison, Wisconsin office. Mr. Gaughan has been licensed to practice law in the State of Wisconsin since 2005 and in the State of Minnesota since 2006. Mr. Gaughan is a member in good standing of the Wisconsin Bar and the Minnesota Bar and is admitted to practice before the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit. He remains in good standing in all such

courts and has never been suspended or disbarred from any court. Mr. Gaughan's address, telephone number, fax number and email are:

>Anthony J. Gaughan
>Godfrey & Kahn, S.C.
>One East Main Street
>PO Box 2719
>Madison, WI 53701-2719
>Phone: (608) 284-2238
>Fax: (608) 257-0609
>ajgaughan@gklaw.com

4. This case was filed on March 6, 2007. Defendants have not yet been served and, therefore, no counsel of record for Defendants have entered an appearance. A proposed Order permitting the appearance *pro hac vice* of Messrs. O'Connor, Gilles and Gaughan is submitted concurrently with this motion.

Dated: March 14, 2007

>Respectfully submitted,
>
>FREEDMAN BOYD DANIELS HOLLANDER
>GOLDBERG & IVES P.A.
>
>By: /s/_____
>       David A. Freedman
>20 First Plaza, Suite 700
>Albuquerque, NM 87102
>Telephone: 505-842-9960
>Fax: 505-842-0761
>Email: daf@fbdlaw.com
>
>Attorneys for Plaintiffs

mn308774_1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN and
JEROME O'CONNELL on behalf of
themselves and all others similarly
situated in New Mexico,

                Plaintiffs,

AU OPTRONICS CORP., et al.,

                Defendants.

No. CIV 07-218 MCA/WDS

**[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER came before the Court on the Motion for Admission *Pro Hac Vice* submitted on behalf of Godfrey & Kahn, S.C. (Kevin J. O'Connor, David J. Gilles and Anthony J. Gaughan) by David A. Freedman of Freedman Boyd Daniels Hollander Goldberg & Ives P.A., local counsel for Plaintiffs. The Court has reviewed the motion and FINDS the motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Admission *Pro Hac Vice* be, and hereby is, GRANTED.

                                                _____
                                                W. DANIEL SCHNEIDER
                                                United States Magistrate Judge
                                                Pete V. Domenici United States Courthouse
                                                333 Lomas Boulevard, N.W., Suite 730
                                                Albuquerque, NM 87102
                                                505-348-2360 (FAX 348-2364)

Submitted by:

FREEDMAN BOYD DANIELS HOLLANDER
   GOLDBERG & IVES, P.A.

/s/_____
DAVID A. FREEDMAN
Plaintiffs' Counsel