# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARCIA WEINGARTEN** and
**JEROME O'CONNELL** on behalf of
themselves and all others similarly
situated in New Mexico,

    Plaintiff,

vs.                                            CIV No. 07-218 MCA/WDS

**AU OPTRONICS CORP., et al.,**

    Defendant.

## ORDER

THIS MATTER having come before the Court upon the *Motion for Admission Pro Hac Vice* [Doc. 4] submitted on behalf of Straus & Boies, LLP (David Boies, Timothy Battin, Ian Otto and Nathan Cihlar) by David A. Freedman of Freedman Boyd Daniels Hollander Goldberg & Ives, P.A., local counsel for Plaintiffs. The Court has reviewed the motion and FINDS the motion should be granted.

IT IS THEREFORE ORDERED that the *Motion for Admission Pro Hac Vice* be, and hereby is, GRANTED.

                                                          _____
                                                          M. CHRISTINA ARMIJO
                                                          UNITED STATES DISTRICT JUDGE