IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN and
TOM CLARK,on behalf of themselves and all
others similarly situated in New Mexico,

        Plaintiffs,

vs.

AU OPTRONICS CORP., AU OPTRONICS CORP. AMERICA, CHI MEI OPTOELECTRONICSCO., LTD, CHI MEI OPTOELECTRONICS USE, INC., CHUNGHWA PICTURE TUBES, LTD., FUJITSU LIMITED, INC., FUJITSU AMERICA, INC., HANNSTAR DISPLAY CORPORATION; HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., IDTECH CO., LTD., IDTECH USE, INC., IPSA ALPHA TECHNOLOGY, LTD., LG.PHILIPS LCD CO., LTD., LG.PHILIPS LCD AMERICA, INC., MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD., PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATIONS, MITSUBISHI ELECTRIC & ELECTRONICS CORP., NEC ELECTRONICS AMERICA, INC., NEC LCD TECHNOLOGIES, LTD., SAMSUNG ELECTRONICS COMPANY LTD., SAMSUNG ELECTRONICS AMERICA, SANYO ELECTRIC CO. LTD., SANYO ELECTRIC COL. LTD., SANYO NORTH AMERICA CORPORATION, EPSON IAGING DEVICES CORPORATION, SEIKO EPSON CORPORATION; EPSON AMERICA, INC., EPSON ELECTRONICS AMERICA, INC., SHARP CORP., SHARP ELECTRONICS CORP., S-LCD CORPORATION, SYNTAX-BRILLIAN CORP., S-LCD CORPORATION; TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., and JOHN DOES 1-100,

        Defendants.

Case No. 07-CV-002148   MCA/WDS

**CORPORATE DISCLOSURE STATEMENT**

**PANASONIC CORPORATION OF NORTH AMERICA'S**
**CORPORATE DISCLOSURE STATEMENT**

Matsushita Electric Industrial Co., Ltd. ("MEI") is the parent corporation of Defendant Panasonic Corporation of North America ("PNA").  MEI owns ten percent or more of PNA's stock.

Dated: April 3, 2007

>MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
>
>By: _s/ Zachary McCormick_
>Zachary L. McCormick
>Post Office Box 2168
>Bank of America Centre
>500 Fourth Street NW, Suite 1000
>Albuquerque, New Mexico  87103-2168
>Telephone: 505.848.1800
>
>*Attorney for Panasonic Corporation of North America*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 3d day of April, 2007, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **David A. Freedman**
  daf@fbdlaw.com,daf@fbdlaw.com,ks@fbdlaw.com,rpm@fbdlaw.com
- **Matthew L. Garcia**
  mlg@fbdlaw.com,rh@fbdlaw.com
- **Kevin J O'Connor**
  koconnor@gklaw.com

AND WE FURTHER CERTIFY that on such date a copy of the foregoing was served via first-class mail, postage prepaid, addressed as follows to:

**David Boies, III**
**Timothy D Battin**
**Nathan Cihlar**
**Ian Otto**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030

And

**Luis G. Stelzne**r
707 Broadway NE, Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103


MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.


By     /s/ Zachary L. McCormick
       Zachary L. McCormick