UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

---------------------------------------------------------------
:
MARCIA WEINGARTEN and TOM CLARK, :
on behalf of themselves and all others :
similarly situated, :
:
                Plaintiff, :
:
                vs. : Case No.: 1:07-CV-00218 MCA/WDS
:
AU OPTRONICS CORP.; AU OPTRONICS :
CORP. AMERICA; CHI MEI :
OPTOELECTRONICS CO., LTD.; CHI MEI :
OPTOELECTRONICS USA, INC.: :
CHUNGHWA PICTURE TUBES; LTD.; :
FUJITSU LIMITED, INC.; FUJITSU :
AMERICA, INC.: HANNSTAR DISPLAY :
CORPORATION; HITACHI, LTD.; HITACHI :
DISPLAYS, LTD.; HITACHI AMERICA, LTD.; :
IDTECH CO., LTD; IDTECH USA, INC.; IPS :
ALPHA TECHNOLOGY, LTD.; LG.PHILIPS :
LCD CO., LTD.; LG.PHILIPS LCD AMERICA, :
INC.; MATSUSHITA ELECTRIC :
INDUSTRIAL CO. LTD.; PANASONIC :
CORPORATION OF NORTH AMERICA; :
MITSUBISHI ELECTRIC CORPORATION; :
MITSUBISHI ELECTRIC & ELECTRONICS :
USA, INC.; NEC ELECTRONICS :
CORPORATION; NEC ELECTRONICS :
AMERICA, INC.; NEC LCD TECHNOLOGIES, :
LTD.; SAMSUNG ELECTRONICS COMPANY :
LTD.; SAMSUNG ELECTRONICS AMERICA; :
SANYO ELECTRIC CO., LTD.; SANYO :
NORTH AMERICA CORPORATION; EPSON :
IMAGING DEVICES CORPORATION; SEIKO :
EPSON CORPORATION; EPSON AMERICA, :
INC.; EPSON ELECTRONICS AMERICA, :
INC.; SHARP CORPORATION; SHARP :
ELECTRONICS CORPORATION; SONY :
CORPORATION; SONY CORPORATION OF :
AMERICA; SONY ELECTRONICS, INC.; S- :
LCD CORPORATION; SYNTAX-BRILLIAN :
CORP.; TOSHIBA CORPORATION; TOSHIBA :

```
AMERICA INC.; TOSHIBA MATSUSHITA            :
DISPLAY TECHNOLOGY CO., LTD.                :
and JOHN DOES 1-100,                        :
                                            :
                    Defendants.             :
-------------------------------------------------X
```

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT LG.PHILIPS LCD AMERICA, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant LG.Philips LCD America, Inc. ("LPL America") hereby makes the following disclosure:

LG.Philips LCD Co., Ltd. is the parent company of LPL America. American Depositary Receipts of LG.Philips LCD Co., Ltd. are publicly traded on the New York Stock Exchange. Besides LG.Philips LCD Co., Ltd. no company or person owns more than ten percent of LPL America's stock.

Dated: April 5, 2007          Respectfully submitted,

                              SHEEHAN, SHEEHAN & STELZNER, P.A.


                              By:     /s/ Luis G. Stelzner
                                      Luis G. Stelzner
                              Post Office Box 271
                              707 Broadway, N.E., Suite 300
                              Albuquerque, NM 87103

                              Attorneys for Defendant LG.Philips LCD America, Inc.

Of Counsel:
   Michael R. Lazerwitz
   Jeremy J. Calsyn
   Lee F. Berger

2

**I HEREBY CERTIFY** that on the 5th day of April, 2007, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    David A. Freedman
    (*daf@fbdlaw.com,,ks@fbdlaw.com,rpm@fbdlaw.com*)

    Matthew L. Garcia
    (*mlg@fbdlaw.com,rh@fbdlaw.com*)

    Kevin J. O'Connor
    (koconnor@gklaw.com)

    Luis G. Stelzner
    (lgs@ssslawfirm.com)

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non-CM/ECF Participants in the manner indicated:

    *Via first class mail, postage prepaid addressed as follows*:
    David Boies, III
    Timothy D. Battin
    Nathan Cihlar
    Ian Otto
    Straus & Boies, LLP
    4041 University Drive, 5th Floor
    Fairfax, VA  22030

/s/  *L. Stelzner*
Luis G. Stelzner