IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN et al.,

        Plaintiffs,

vs.

                                Case No. 07-CV-00218    MCA/WDS

AU OPTRONICS CORP., et al.,

        Defendants.

## DEFENDANT SYNTAX-BRILLIAN CORP.'S MOTION TO JOIN IN JOINT MOTION FOR APPROVAL OF STIPULATION FOR EXTENSION OF TIME

Defendant Syntax-Brillian Corp. moves the Court for permission to join in the Joint Motion for Approval of Stipulation for Extension of Time previously filed by Plaintiff and certain other Defendants (Document No. 9 on the docket of this case) and further requests that Syntax-Brillian Corp. be deemed to be a party to that motion *nunc pro tunc*.

Counsel for Plaintiffs has no objection to this motion.

        MODRALL, SPERLING, ROEHL, HARRIS
          & SISK, P.A.

        By: s/Zachary McCormick
            John R. Cooney
            Zachary L. McCormick
            Attorneys for AU Optronics Corporation America; Chi Mei Optoelectronics U.S.A., Inc.; Epson America, Inc.; Epson Electronics America, Inc.; Hitachi America, Ltd.; Mitsubishi Electric & Electronics USA, Inc.; NEC Electronics America, Inc.; Panasonic Corporation of North America; Samsung Electronics America, Inc.; SANYO North America Corporation; Sharp Electronics Corporation; and Syntax-Brillian Corp.

Post Office Box 2168
Bank of America Centre
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the __ day of April, 2007, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **David A. Freedman**
  daf@fbdlaw.com,daf@fbdlaw.com,ks@fbdlaw.com,rpm@fbdlaw.com

- **Matthew L. Garcia**
  mlg@fbdlaw.com,rh@fbdlaw.com

- **Kevin J O'Connor**
  koconnor@gklaw.com

AND WE FURTHER CERTIFY that on such date a copy of the foregoing was served via first-class mail, postage prepaid, addressed as follows to:

**Luis G. Stelzner**
Sheehan, Sheehan, and Stelzner
707 Broadway NE, Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103

**Timothy D Battin**
**David Boies, III**
**Nathan Cihlar**
**Ian Otto**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030


MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.

By     /s/ Zachary L. McCormick
    Zachary L. McCormick

2