IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN and
TOM CLARK,on behalf of themselves and all
others similarly situated in New Mexico,

        Plaintiffs,

v.

AU OPTRONICS CORP., AU OPTRONICS CORP. AMERICA, CHI MEI OPTOELECTRONICSCO., LTD, CHI MEI OPTOELECTRONICS USE, INC., CHUNGHWA PICTURE TUBES, LTD., FUJITSU LIMITED, INC., FUJITSU AMERICA, INC., HANNSTAR DISPLAY CORPORATION; HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., IDTECH CO., LTD., IDTECH USE, INC., IPSA ALPHA TECHNOLOGY, LTD., LG.PHILIPS LCD CO., LTD., LG.PHILIPS LCD AMERICA, INC., MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD., PANASONIC CORPORATION OF NORTH AMERICA; MITSUBISHI ELECTRIC CORPORATIONS, MITSUBISHI ELECTRIC & ELECTRONICS CORP., NEC ELECTRONICS AMERICA, INC., NEC LCD TECHNOLOGIES, LTD., SAMSUNG ELECTRONICS COMPANY LTD., SAMSUNG ELECTRONICS AMERICA, SANYO ELECTRIC CO. LTD., SANYO ELECTRIC COL. LTD., SANYO NORTH AMERICA CORPORATION, EPSON IAGING DEVICES CORPORATION, SEIKO EPSON CORPORATION; EPSON AMERICA, INC., EPSON ELECTRONICS AMERICA, INC., SHARP CORP., SHARP ELECTRONICS CORP., S-LCD CORPORATION, SYNTAX-BRILLIAN CORP., SLCD CORPORATION; TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., and JOHN DOES 1-100,

        Defendants.

Case No. **07-CV-00218 MCA/WDS**

**CORPORATE DISCLOSURE STATEMENT**

# CORPORATE DISCLOSURE STATEMENT
# OF DEFENDANT CHI MEI OPTOELECTRONICS U.S.A., INC.

Defendant Chi Mei Optoelectronics U.S.A., Inc. ("CMO-USA") (*f/k/a* International Display Technology U.S.A., Inc.) makes this disclosure pursuant to Fed. R. Civ. P. 7.1. CMO-USA is a wholly owned subsidiary of CMO Japan Co., Ltd. (*f/k/a* International Display Technology Co., Ltd.), which in turn is a wholly owned subsidiary of Chi Mei Optoelectronics Corporation. Chi Mei Corporation is the holder of more than 10 percent of the common stock of Chi Mei Optoelectronics Corporation.

Dated: April 5, 2007

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: _____s/ Zachary McCormick_____
Zachary L. McCormick
Post Office Box 2168
Bank of America Centre
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800

Attorney for Defendant
CHI MEI OPTOELECTRONICS U.S.A., INC.

Of Counsel:

STEVEN F. CHERRY
GORDON PEARSON
THERESE LEE
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-3642
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Steven.Cherry@wilmerhale.com
Gordon.Pearson@wilmerhale.com
Therese.Lee@wilmerhale.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 6 day of April, 2007, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **David A. Freedman**
  daf@fbdlaw.com,daf@fbdlaw.com,ks@fbdlaw.com,rpm@fbdlaw.com
- **Matthew L. Garcia**
  mlg@fbdlaw.com,rh@fbdlaw.com
- **Kevin J O'Connor**
  koconnor@gklaw.com

AND WE FURTHER CERTIFY that on such date a copy of the foregoing was served via first-class mail, postage prepaid, addressed as follows to:

**Luis G. Stelzner**
Sheehan, Sheehan, and Stelzner
707 Broadway NE, Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103

**Timothy D Battin**
**David Boies, III**
**Nathan Cihlar**
**Ian Otto**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030


MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.

By____/s/ Zachary L. McCormick_____
    Zachary L. McCormick