## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

---------------------------------------------------------

| | |
|---|---|
| MARCIA WEINGARTEN and TOM CLARK, on behalf of themselves and all others similarly situated, | : <br> : <br> : <br> :     No. 07-CV-00218 (MCA/WDS) |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| AU OPTRONICS CORP., *et al.*, | : <br> : |
| Defendants. | : |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant Sharp Electronics Corporation ("SEC"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of SEC which have any outstanding securities in the hands of the public.

(1)     SEC is a wholly owned subsidiary of Sharp Corporation, a corporation formed under the laws of Japan.

(2)     No other publicly held company owns ten percent (10%) or more of SEC's stock.

These representations are made to permit judges of this Court to determine the need for recusal.

Dated:     April 10, 2007

                                                        By: _____/s/ Zachary McCormick_____
                                                                Zachary L. McCormick
                                                                 Post Office Box 2168
                                                                 Bank of America Centre
                                                                 500 Fourth Street NW, Suite 100
                                                                 Albuquerque, New Mexico
                                                                 Telephone: 505.848.1800
                                     *Attorney for Defendant Sharp Electronics*
                                                  *Corporation*

Of Counsel:
Albert J. Boro, Jr.
PILLSBURY WINTHROP SHAW
   PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 10 day of April, 2007, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

David A. Freedman
daf@fbdlaw.com,daf@fbdlaw.com,ks@fbdlaw.com,rpm@fbdlaw.com

Matthew L. Garcia
mlg@fbdlaw.com,rh@fbdlaw.com

Kevin J O'Connor
koconnor@gklaw.com

AND WE FURTHER CERTIFY that on such date a copy of the foregoing was served via first-class mail, postage prepaid, addressed as follows to:

Luis G. Stelzner
Sheehan, Sheehan, and Stelzner
707 Broadway NE, Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103

Timothy D Battin
David Boies, III
Nathan Cihlar
Ian Otto
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030

MODRALL SPERLING ROEHL
HARRIS & SISK, P.A.
By _____/s/Zachary L. McCormick
Zachary L. McCormick

2