IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN, et al,

        Plaintiffs,

vs.

                         Case No. 07-CV-00218    MCA/WDS

AU OPTRONICS CORP., et al.,

        Defendants.


**SANYO NORTH AMERICA CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

    SANYO Electric Co., Ltd is the parent corporation of SANYO North America Corporation, and is the only publicly held entity that owns 10% or more of SANYO North America Corporation's stock.

                      MODRALL, SPERLING, ROEHL, HARRIS
                      & SISK, P.A.

    By:  s/ Zachary McCormick
           Zachary L. McCormick
           Post Office Box 2168
           Bank of America Centre
           500 Fourth Street NW, Suite 1000
           Albuquerque, New Mexico  87103-2168
           Telephone: 505.848.1800

           *Attorney for SANYO North America Corporation*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 11 day of April, 2007, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **David A. Freedman**
  daf@fbdlaw.com,daf@fbdlaw.com,ks@fbdlaw.com,rpm@fbdlaw.com
- **Matthew L. Garcia**
  mlg@fbdlaw.com,rh@fbdlaw.com
- **Kevin J O'Connor**
  koconnor@gklaw.com

AND WE FURTHER CERTIFY that on such date a copy of the foregoing was served via first-class mail, postage prepaid, addressed as follows to:

**David Boies, III**
**Timothy D Battin**
**Nathan Cihlar**
**Ian Otto**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030

And

**Luis G. Stelzne**r
707 Broadway NE, Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103


MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.


By_____/s/ Zachary L. McCormick_____
    Zachary L. McCormick