IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**Marcia Weingarten, et. al.**

       Plaintiff(s),                            No. **07cv218 JCH/WDS**

vs.

**AU Optronics Corp., et. al.**

       Defendant(s)

## MINUTE ORDER

    Per chambers request, please be advised that the above captioned case has been randomly reassigned to Senior U.S. District Judge **James A. Parker**

    In accordance with D.N.M.LR.-Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly-assigned Judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned Judge**.

    Kindly reflect this change when submitting further pleadings for this case. CASE NUMBER **07cv218 JP/WDS**

                                                        MATTHEW J. DYKMAN
                                                        CLERK OF COURT

                                                        _____