IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCIA WEINGARTEN et al.,

        Plaintiffs,

vs.

        Case No. 07-CV-00218    JP/WDS

AU OPTRONICS CORP., et al.,

        Defendants.

**DEFENDANT FUJITSU AMERICA, INC.'S MOTION TO JOIN IN
JOINT MOTION FOR APPROVAL OF STIPULATION FOR EXTENSION OF
TIME**

Defendant Fujitsu America, Inc. moves the Court for permission to join in the Joint Motion for Approval of Stipulation for Extension of Time previously filed by Plaintiff and certain other Defendants (Document No. 9 on the docket of this case) and further requests that Fujitsu America, Inc. be deemed to be a party to that motion *nunc pro tunc*.

Counsel for Plaintiffs has no objection to this motion.

        MODRALL, SPERLING, ROEHL, HARRIS
         & SISK, P.A.

        By: s/Zachary McCormick
          John R. Cooney
          Zachary L. McCormick
          Attorneys for Fujitsu America, Inc.
          Post Office Box 2168
          Bank of America Centre
          500 Fourth Street NW, Suite 1000
          Albuquerque, New Mexico  87103-2168
          Telephone: 505.848.1800

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 12 day of April, 2007, we filed the foregoing

electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **David A. Freedman**
  daf@fbdlaw.com,daf@fbdlaw.com,ks@fbdlaw.com,rpm@fbdlaw.com

- **Matthew L. Garcia**
  mlg@fbdlaw.com,rh@fbdlaw.com

- **Kevin J O'Connor**
  koconnor@gklaw.com

AND WE FURTHER CERTIFY that on such date a copy of the foregoing was served via first-class mail, postage prepaid, addressed as follows to:

**Luis G. Stelzner**
Sheehan, Sheehan, and Stelzner
707 Broadway NE, Suite 300
Post Office Box 271
Albuquerque, New Mexico 87103

**Timothy D Battin**
**David Boies, III**
**Nathan Cihlar**
**Ian Otto**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030


MODRALL SPERLING ROEHL
 HARRIS & SISK, P.A.

By____/s/ Zachary L. McCormick_____
    Zachary L. McCormick