

FILED
MAY 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 25 2007

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
CLERK'S OFFICE

SEP 1 8 2007

C 07-cv-1827 SI

DOCKET NO. 1827

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

MATTHEW J. DYKMAN
CLERK

07CV218 JAP/WDS

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 17, 2007, the Panel transferred seven civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Susan Yvonne Illston.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Illston.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 17, 2007, and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 11 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
Date 9-14-07       Dept.

# SCHEDULE OF ACTIONS (CTO-1)
# DOCKET NO. 1827
# IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE  4    07-43 | Robert S. Harmon v. LG Philips LCD Co., Ltd., et al. |
| **ARIZONA** | |
| AZ   2    07-549 | Timothy J. Lauricella v. AU Optronics Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2    07-1283 | Wendy Williams v. Sharp Corp., et al. |
| CAC  2    07-1500 | George Mays v. LG Philips LCD Co., Ltd., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS  3    07-312 | Susan Selfridge, et al. v. LG Philips LCD Co., Ltd., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC   1    07-276 | Timothy R. Gregory, et al. v. LG Philips LCD Co., Ltd., et al. |
| DC   1    07-424 | Gail Feser v. AU Optronics Corp., et al. |
| DC   1    07-438 | Rebecca Bly v. LG Philips LCD Co., Ltd., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  0    07-60289 | Scott Eisler v. AU Optronics Corp., et al. |
| FLS  0    07-60323 | Mauricio DeFrancisco v. AU Optronics Corp., et al. |
| FLS  9    07-80171 | Robin Feins, et al. v. LG Philips LCD Co., Ltd., et al. |
| **HAWAII** | |
| HI   1    07-122 | Sealed v. Sealed |
| **IOWA SOUTHERN** | |
| IAS  4    07-96 | Benjamin G. Northway v. AU Optronics Corp., et al. |
| **IDAHO** | |
| ID   1    07-115 | Miles H. Humphrey v. AU Optronics Corp., et al. |
| **KANSAS** | |
| KS   2    07-2088 | Peter Coyle v. AU Optronics Corp., et al. |
| KS   2    07-2107 | Kou Srimounghchanh v. LG Philips LCD Co., Ltd., et al. |
| KS   5    07-4033 | James T. Watson v. AU Optronics Corp., et al. |
| KS   5    07-4034 | R. Rex Getz v. LG Philips LCD Co., Ltd., et al. |
| **MASSACHUSETTS** | |
| MA   1    07-10457 | Christopher Murphy v. LG Philips LCD Co., Ltd., et al. |
| **MAINE** | |
| ME   1    07-33 | Patricia Ronco v. AU Optronics Corp., et al. |
| **MICHIGAN EASTERN** | |
| MIE  2    07-10613 | Judith Griffith v. AU Optronics Corp., et al. |
| MIE  2    07-10971 | Colette M. Dahm v. LG Philips LCD Co., Ltd., et al. |
| MIE  2    07-11529 | Ling-Hung Jou v. AU Optronics Corp., et al. |

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827                                              PAGE 2 OF 3

<u>DIST. DIV. C.A. #</u>            <u>CASE CAPTION</u>

MINNESOTA
  MN 0 07-480           Jeffrey Larson v. LG Philips LCD Co., Ltd., et al.
  MN 0 07-1154          Al Gober v. LG Philips LCD Co., Ltd., et al.
  MN 0 07-1155          Kari J. Nehring v. LG Philips LCD Co., Ltd., et al.
  MN 0 07-1393          Christopher C. Rywelski v. AU Optronics Corp., et al.
  MN 0 07-1425          Martha Mulvey v. AU Optronics Corp., et al.

MISSISSIPPI NORTHERN
  MSN 3 07-28            Tammy Long v. AU Optronics Corp., et al.

MONTANA
  MT 1 07-32             John Pulasky v. AU Optronics Corp., et al.

NORTH CAROLINA MIDDLE
  NCM 1 07-167           Lynne M. Holtkamp v. AU Optronics Corp., et al.

NORTH CAROLINA WESTERN
  NCW 3 07-43            Donna Jeanne Flanagan v. AU Optronics Corp., et al.

NORTH DAKOTA
  ND 3 07-22             Robert George v. LG Philips LCD Co., Ltd., et al.

NEW JERSEY
  NJ 2 07-287            Ajax Philadelphia, Inc. v. Sharp Corp., et al.
  NJ 2 07-963            Custom Audio Video v. Sharp Electronics Corp., et al.

NEW MEXICO
  NM 1 07-218            Marcia Weingarten, et al. v. AU Optronics Corp., et al.
  NM 2 07-220            Rosemary Valdez v. AU Optronics Corp., et al.
  NM 6 07-235            Walden Minoli, et al. v. LG Philips LCD Co., Ltd., et al.

NEVADA
  NV 2 07-220            Timothy J. Purdy v. LG Philips Co., Ltd., et al.
  NV 2 07-296            Richard Granich v. LG Philips LCD Co., Ltd., et al.
  NV 2 07-306            Allen Kelley v. AU Optronics Corp., et al.

NEW YORK SOUTHERN
  NYS 1 06-15212         Robert Schuyler Watson v. LG Philips LCD Co., Ltd., et al.
  NYS 1 06-15342         Tom DiMatteo v. LG Philips LCD Co., Ltd., et al.
  NYS 1 06-15391         Steven Nakash v. LG Philips LCD Co., Ltd., et al.
  NYS 1 06-15417         CMP Consulting Services, Inc. v. LG Philips LCD Co., Ltd., et al.
  NYS 1 07-198           Jose Juan v. AU Optronics Corp., et al.
  NYS 1 07-351           Ryan J. Bierling v. LG Philips LCD Co., Ltd., et al.
  NYS 1 07-653           Diplomat Merchandise Corp. v. LG Philips LCD Co., Ltd., et al.

PENNSYLVANIA MIDDLE
  PAM 4 07-440           Jeffrey L. Walters v. AU Optronics Corp., et al.

PUERTO RICO
  PR 3 07-1198           Oscar Cintron v. AU Optronics Corp., et al.
  PR 3 07-1199           IMCA, Inc. v. AU Optronics Corp., et al.

SOUTH CAROLINA
  SC 2 07-780            Caman Pellitteri, et al. v. LG Philips LCD Co., Ltd., et al.
  SC 2 07-781            Lynn Sweatman v. LG Philips LCD Co., Ltd., et al.
  SC 3 07-533            Lee R. Chamberlain v. LG Philips LCD Co., Ltd., et al.

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827                                                       PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH DAKOTA** | |
| SD 4 07-4033 | Chad Hansen v. LG Philips LCD Co., Ltd., et al. |
| SD 5 07-5013 | Cristopher Bessette v. AU Optronics Corp., et al. |
| **TENNESSEE EASTERN** | |
| TNE 2 07-65 | Tabbatha Benson, et al. v. LG Philips LCD Co., Ltd, et al. |
| **TENNESSEE MIDDLE** | |
| TNM 3 07-282 | Kathleen C. Davis v. LG Philips LCD Co., Ltd., et al. |
| **TENNESSEE WESTERN** | |
| TNW 2 07-2165 | Scott Beall v. AU Optronics Corp., et al. |
| **VIRGINIA EASTERN** | |
| VAE 3 07-108 | Shawn Stern v. AU Optronics Corp., et al. |
| **VERMONT** | |
| VT 2 07-39 | Allen Nassiff v. LG Philips LCD Co., Ltd., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 07-39 | Home Technologies Bellevue LLC v. LG Philips LCD Co., Ltd., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 07-151 | Toomas P. Mitt v. LG Philips LCD Co., Ltd., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 07-56 | Jai Paguirigan, et al. v. AU Optronics Corp., et al. |
| WIW 3 07-80 | Joseph Kovacevich v. LG Philips LCD Co., Ltd., et al. |
| **WEST VIRGINIA NORTHERN** | |
| WVN 3 07-26 | Tara Perry v. AU Optronics Corp., et al. |
| WVN 5 07-15 | John Martich v. AU Optronics Corp., et al. |