CLOSED, TRANSF

## U.S. District Court
### District of New Mexico - Version 3.0 (Albuquerque)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00218-JAP-WDS

Weingarten et al v. AU Optronics Corporation et al
Assigned to: District Judge James A. Parker
Referred to: Magistrate Judge W. Daniel Schneider
Cause: 15:1 Antitrust Litigation

Date Filed: 03/06/2007
Date Terminated: 05/29/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Marcia Weingarten**     represented by     **David Boies, III**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030
(703) 764-8700
Fax: 764-8704
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Otto**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030
(703) 764-8700
Fax: 764-8704
Email: iotto@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J O'Connor**
LaFollette Godfrey & Kahn, SC
One East Main Street
PO Box 2719
Madison, WI 53701-2719
(608) 284-2600
Email: koconnor@gklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew L. Garcia**
Freedman Boyd Daniels Hollander
Goldberg & Ives PA
PO Box 25326
Albuquerque, NM 87125

(505) 842-9960
Fax: (505) 842-0761
Email: mlg@fbdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Cihlar**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030
(703) 764-8700
Fax: 764-8704
Email: ncihlar@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D Battin**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030
(703) 764-8700
Fax: 764-8704
Email: tbattin@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Freedman**
Freedman Boyd Daniels et al.
20 First Plaza, Suite 700
Albuquerque, NM 87102
505-842-9960
Fax: 505-842-0761
Email: daf@fbdlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome O'Connell**
*on behalf of themselves and all others similarly situated in New Mexico*
*TERMINATED: 03/21/2007*

represented by **David Boies, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Otto**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew L. Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Cihlar**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030
(703) 764-8700
Fax: 764-8704
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D Battin**
Straus & Boies LLP
4041 University Drive
5th Floor
Fairfax, VA 22030
(703) 764-8700
Fax: 764-8704
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**AU Optronics Corp.**

**Defendant**
**Au Optronics Corp. America**     represented by  **Zachary L. McCormick**
Modrall Sperling Roehl Harris and Sisk, PA
P.O. Box 2168
Albuquerque, NM 87103
505-848-1895
Fax: 505-848-1899
Email: zmccormick@modrall.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Chi Mei Optoelectronics Co., Ltd.

**Defendant**

Chi Mei Optoelectronics USA, Inc.     represented by **Zachary L. McCormick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Chunghwa Picture Tubes, Ltd.

**Defendant**

Fujitsu Limited, Inc.

**Defendant**

Fujitsu America, Inc.     represented by **Zachary L. McCormick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Hannstar Display Corporation

**Defendant**

Hitachi, Ltd.

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

Hitachi, America, Ltd.     represented by **Zachary L. McCormick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Idtech Co., Ltd

**Defendant**

Idtech USA, Inc.

**Defendant**

IPS Alpha Technology Ltd.

**Defendant**

LG Philips LCD Co., Ltd.

**Defendant**

LG Philips LCD America, Inc.

**Defendant**

Matsushita Electric Industrial Co. Ltd.

**Defendant**

**Panasonic Corporation of North America**  represented by **Zachary L. McCormick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics, USA, Inc.**  represented by **Zachary L. McCormick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**  represented by **Zachary L. McCormick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company Ltd.**

**Defendant**

**Samsung Electronics America, Inc.**  represented by **Zachary L. McCormick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sanyo Electric Co., Ltd.**

**Defendant**

**Sanyo North America Corporation**  represented by **Zachary L. McCormick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**
Epson America, Inc.                                represented by **Zachary L. McCormick**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
Epson Electronics America, Inc.                    represented by **Zachary L. McCormick**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
Sharp Corporation

**Defendant**
Sharp Electronics Corporation                      represented by **Zachary L. McCormick**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
S-LCD Corporation

**Defendant**
Syntax-Brillian Corp.                              represented by **Zachary L. McCormick**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
Toshiba Corporation

**Defendant**
Toshiba America Inc.

**Defendant**
Toshiba Matsushita Display
Technology Co., Ltd.

**Defendant**
John Does
*1-100*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2007 | 1 | COMPLAINT *Class Action Complaint for Violations of the New Mexico Antitrust Act, Unjust Enrichment, and Injunctive Relief filed by Marcia Weingarten and Jerome O'Connell on behalf of themselves and all others similarly situated in New Mexico* against all defendants (Filing fee $ 350.), filed by Marcia Weingarten.(Freedman, David) (Entered: 03/06/2007) |

| 03/06/2007 | 2 | DEMAND for Trial by Jury by Marcia Weingarten. (Freedman, David) (Entered: 03/06/2007) |
|---|---|---|
| 03/06/2007 | | Judge M. Christina Armijo and W. Daniel Schneider assigned. (nm) (Entered: 03/06/2007) |
| 03/06/2007 | | Summons Issued as to Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi, America, Ltd., Idtech Co., Ltd, Idtech USA, Inc., IPS Alpha Technology Ltd., LG Philips LCD Co., Ltd., LG Philips LCD America, Inc., Matsushita Electric Industrial Co. Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics, USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company Ltd., Samsung Electronics America, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America Inc., Toshiba Matsushita Display Technology Co., Ltd., AU Optronics Corp., Au Optronics Corp. America, John Does, Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd., Fujitsu Limited, Inc. (nm) (Entered: 03/06/2007) |
| 03/06/2007 | 3 | Filing fee: $ 350.00, receipt number 85446 (nm) (Entered: 03/07/2007) |
| 03/12/2007 | 4 | First MOTION for Pro Hac Vice *of David Boies, Timothy Battin, Ian Otto and Nathan Cihlar* by Marcia Weingarten. (Freedman, David) (Entered: 03/12/2007) |
| 03/14/2007 | 5 | First MOTION for Pro Hac Vice *for admission of Kevin J. O'Connor, David J. Gilles and Anthony J. Gaughan* by Marcia Weingarten. (Freedman, David) (Entered: 03/14/2007) |
| 03/21/2007 | 6 | AMENDED COMPLAINT *Class Action Complaint for Violation of the New Mexico Antitrust Act, Unjust Enrichment, and Injunctive Relief* against all defendants. adding Tom Clark. terminating Jerome O'Connell., filed by Marcia Weingarten.(Freedman, David) (Entered: 03/21/2007) |
| 03/23/2007 | 7 | ORDER by Judge M. Christina Armijo granting 4 ORDER on Motion for Pro Hac Vice Attorney Timothy D Battin, David Boies, III, Ian Otto, and Nathan Cihlar for Marcia Weingarten added. (jes) (Entered: 03/23/2007) |
| 03/23/2007 | 8 | ORDER by Judge M. Christina Armijo granting 5 ORDER on Motion for Pro Hac Vice Attorney Kevin J O'Connor, David J. Gilles and Anthony J. Gaughan for Marcia Weingarten added. (jes) (Entered: 03/23/2007) |
| 03/30/2007 | 9 | Joint MOTION for Approval of Stipulation for Extension of Time by Hitachi, America, Ltd., LG Philips LCD America, Inc., Panasonic Corporation of North America, Mitsubishi Electric & Electronics, USA, Inc., NEC Electronics America, Inc., Samsung Electronics America, Inc., Sanyo North America Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Electronics Corporation, Au Optronics |

| | | |
|---|---|---|
| | | Corp. America, Chi Mei Optoelectronics USA, Inc.. (McCormick, Zachary) (Entered: 03/30/2007) |
| 04/03/2007 | 10 | Corporate Disclosure Statement by Panasonic Corporation of North America. (McCormick, Zachary) (Entered: 04/03/2007) |
| 04/05/2007 | 11 | Corporate Disclosure Statement *Pursuant to Rule 7.1* by LG Philips LCD Co., Ltd., LG Philips LCD America, Inc.. (Stelzner, Luis) (Entered: 04/05/2007) |
| 04/05/2007 | 12 | Unopposed MOTION to Join in the Joint Motion for Approval of Stipulation for Extension of Time re 9 Joint MOTION for Approval of Stipulation for Extension of Time by Syntax-Brillian Corp.. (McCormick, Zachary) (Entered: 04/05/2007) |
| 04/06/2007 | 13 | Corporate Disclosure Statement by Chi Mei Optoelectronics USA, Inc.. (McCormick, Zachary) (Entered: 04/06/2007) |
| 04/10/2007 | 14 | Corporate Disclosure Statement by Sharp Electronics Corporation. (McCormick, Zachary) (Entered: 04/10/2007) |
| 04/11/2007 | 15 | Corporate Disclosure Statement by Sanyo North America Corporation. (McCormick, Zachary) (Entered: 04/11/2007) |
| 04/11/2007 | 16 | MINUTE ORDER reassigning case from U.S. District Judge M. Christina Armijo to U.S. District Judge Judith C. Herrera by Clerk of Court (jm) (Entered: 04/11/2007) |
| 04/11/2007 | 17 | MINUTE ORDER reassigning case from U.S. District Judge Judith C. Herrera to Senior U.S. District Judge James A. Parker by Clerk of Court (jm) (Entered: 04/11/2007) |
| 04/12/2007 | 18 | MOTION to Join in Joint Motion for Approval of Stipulation for Extension of Time re 9 Joint MOTION for Approval of Stipulation for Extension of Time by Fujitsu America, Inc.. (McCormick, Zachary) (Entered: 04/12/2007) |
| 04/16/2007 | 19 | ORDER by Judge W. Daniel Schneider granting 12 Motion ; granting 18 Motion ; granting 9 Motion (mm) (Entered: 04/16/2007) |
| 05/29/2007 | 20 | ORDER Transfer Case to MDL Panel, USDC Northern District of California by Jeffery N. Luthi, Clerk of the Panel (jm) (Entered: 06/06/2007) |
| 09/18/2007 | 21 | ORDER transferring case to MDL and the Northern District of California, San Francisco Division by Jeffrey N. Luthi, Clerk of the Panel (jm) (Entered: 09/19/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 09/27/2007 18:09:34 |

| PACER Login: | us4077 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-00218-JAP-WDS |
| Billable Pages: | 4 | Cost: | 0.32 |